UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT L. BREWER,

                              Plaintiff,

      vs                                           9:04-CV-1155

LARRY LAPPINS, Director of Federal Bureau of
Prisons; D. SCOTT DODRILL, Regional Director:
JOHN NASH, Warden; and D.B. DREW, Warden,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

ROBERT L. BREWER
08343-007
FCI - Ray Brook
P.O. Box 9004
Ray Brook, NY 12977

HON. GLENN T. SUDDABY                 BARBARA D. COTTRELL, ESQ.
United States Attorney                      Assistant U.S. Attorney
Attorney for
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Robert L. Brewer, brought this civil rights action pursuant to

42 U.S.C. § 1983.  By Report Recommendation dated March 7, 2006, the Honorable David

R. Homer, United States Magistrate Judge, recommended that defendants' motion for

summary judgment be granted as to all claims and all defendants.  The plaintiff has filed

objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Therefore, it is

ORDERED that defendants' motion for summary judgment is GRANTED as to all claims and all defendants.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April  28, 2006
        Utica, New York.